[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 81.]

PERSONS, APPELLEE, *v.* COCHRAN, APPELLEE; OHIO ADULT PAROLE
AUTHORITY, APPELLANT.

[Cite as *Persons v. Cochran*, 2001-Ohio-287.]

*Court of appeals' judgment reversed on authority of Woods v. Telb.*

(No. 00-1619—Submitted January 31, 2001—Decided February 28, 2001.)

APPEAL from the Court of Appeals for Athens County, No. 00CA22.

————————————

*Per Curiam.*

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Woods v. Telb* (2000), 89 Ohio St.3d 504, 733 N.E.2d 1103, and the cause is remanded for judgment consistent with *Woods*. See, also, *State ex rel. Mosley v. Nichols* (2001), 90 Ohio St.3d 517, 739 N.E.2d 800; *Price v. Henry* (2000), 89 Ohio St.3d 521, 733 N.E.2d 1116; *State v. Jones* (2000), 89 Ohio St.3d 519, 733 N.E.2d 1115.

*Judgment reversed*
*and cause remanded.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Betty D. Montgomery*, Attorney General, and *Stephanie L. Watson*, Assistant Attorney General, for appellant.

————————————